I concur with the majority that the judgment of the trial court should be affirmed; however, I specially concur in order to abate any fear that the parties may be subject to the enforcement of two judgments. The law is clear that when Russell County acquired jurisdiction in this matter, "[i]t had the right to retain jurisdiction to the exclusion of all otherstate courts having concurrent jurisdiction." Medicom, Inc. v.Shelby County Hospital Board, 348 So.2d 779, 780 (Ala. 1977). (Emphasis added.) Therefore, the court in Elmore County was without jurisdiction to proceed. A judgment is void if the court rendering it lacked jurisdiction over the person or the subject matter. Nigg v. Smith, 415 So.2d 1082 (Ala. 1982);Harville v. Harville, 568 So.2d 1239 (Ala.Civ.App. 1990).